IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LINKSMART WIRELESS TECHNOLOGY, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**CISCO SYSTEMS, INC., et al.,**<br>    Defendants. | § § § § § § § § § | **CIVIL ACTION NO. 2:08-CV-304-DF** |
| **LINKSMART WIRELESS TECHNOLOGY, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**SBC INTERNET SERVICES, INC. d/b/a AT&T INTERNET SERVICES,**<br>    Defendant. | § § § § § § § § § § | **CIVIL ACTION NO. 2:08-CV-385-DF** |
| **LINKSMART WIRELESS TECHNOLOGY, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**SIX CONTINENTS HOTELS, INC., et al.,**<br>    Defendants. | § § § § § § § § § | **CIVIL ACTION NO. 2:09-CV-26-DF** |

**O R D E R**

The Court previously granted an unopposed motion to stay the above-captioned cases pending re-examination proceedings at the United States Patent and Trademark Office. *See* 10/26/2010 Order, C.A. No. 2:08-CV-264 (Lead Case), Dkt. No. 576; *see also* Dkt. Nos. 546 (motion) & 564 (response stating agreement to not oppose). These cases therefore need not

remain on the Court's active docket. The above-captioned cases are hereby

**ADMINISTRATIVELY CLOSED**.

Any party that desires to re-open any of these cases in the future should file a motion so requesting.

**IT IS SO ORDERED.**

**SIGNED this 19th day of July, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE